IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **PHILIP JAMES EMERSON, JR.,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | CIVIL ACTION NO. 6:23-CV-453-JCB |
| **JERRY PARKER,** *et al*. | § § § | |
| **Defendant.** | § § | |

# ORDER

The Court dismissed this action without prejudice and entered final judgment on May 7, 2024. To date, Plaintiff has not filed a notice of appeal. He has, however, filed multiple post-judgment *pro se* documents concerning a prior writ of mandamus that he initiated in the Fifth Circuit Court of Appeals on March 18, 2024. The documents were improperly filed in the district court, as opposed to the appellate court where Plaintiff's writ of mandamus is pending. FED. R. APP. P. 21. As a result, the Court entered an Order on May 14, 2024 striking the improperly filed pleadings and advising Plaintiff that appellate documents must be filed directly with the appellate court (ECF 42). Undeterred, Plaintiff filed a 162-page document on May 17, 2024 titled "Petition for Panel Rehearing," with "United States Court of Appeals for the Fifth Circuit" in the heading of the document. It is therefore

**ORDERED** that Plaintiff's petition for panel rehearing (ECF 43) is **STRICKEN** as improperly filed in the trial court. If Plaintiff intends to pursue this filing, he shall file it with the clerk of the Fifth Circuit Court of Appeals. It is further

**ORDERED** that Plaintiff shall not file any further documents in this Court, other than a notice of appeal, that are intended for filing in the Fifth Circuit Court of Appeals. Failure to comply will result in the revocation of Plaintiff's designation as a Filing User.

So ORDERED and SIGNED this 20th day of May, 2024.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE