IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **PHILIP JAMES EMERSON, JR.,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | CIVIL ACTION NO. 6:23-CV-453-JCB |
| **JERRY PARKER**, *et al*. | § § § | |
| **Defendant.** | § § | |

## ORDER

The Court dismissed this action without prejudice and entered final judgment on May 7, 2024. To date, Emerson has not filed a notice of appeal. He has, however, filed multiple post-judgment *pro se* documents concerning a prior writ of mandamus that he initiated in the Fifth Circuit Court of Appeals on March 18, 2024. The documents were improperly filed in the district court, as opposed to the appellate court where Emerson's writ of mandamus is pending. FED. R. APP. P. 21. As a result, the Court entered an Order on May 14, 2024 striking the improperly filed pleadings and advising Emerson that appellate documents must be filed directly with the appellate court (ECF 42).

Undeterred, Emerson filed a 162-page document on May 17, 2024 titled "Petition for Panel Rehearing," with "United States Court of Appeals for the Fifth Circuit" in the heading of the document. The Court entered an Order striking the petition and directing Emerson that it must be filed in the appellate court (ECF 44). The Court additionally warned Emerson that any further filing of documents in this Court, other than a notice of appeal, that are intended for filing in the Fifth Circuit Court of Appeals would result in the revocation of Emerson's designation as a Filing User in this case. Emerson responded by filing a 443-page document titled "First Supplement

1

Second Amended Petition for Writs of Mandamus," with "United States Court of Appeals for the Fifth Circuit" in the heading of the document. Emerson blatantly ignored the Court's multiple orders to stop filing documents intended for the appellate court in this court and abused the privilege of filing documents electronically. It is therefore

**ORDERED** that Emerson's First Supplement Second Amended Petition for Writs of Mandamus (ECF 45) is **STRICKEN** as improperly filed in the trial court. If Emerson intends to pursue this filing, he shall file it with the clerk of the Fifth Circuit Court of Appeals. It is further

**ORDERED** that the Clerk shall remove Emerson's designation as a Filing User in this case. Permission to file documents electronically in this case is **WITHDRAWN**. In addition, Emerson shall not submit any documents to the Clerk for filing in this case other than a notice of appeal and a related motion to proceed *in forma pauperis*. If any other documents are submitted for filing in this case, the Clerk shall return them unfiled.

So ORDERED and SIGNED this 21st day of May, 2024.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE